UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-CR-150 (LLA) |
| v. | VIOLATIONS: |
| TRAVIS FOSTER, MARQUELL JONES, REGINALD MONROE, and DEANGELO WADE, | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendants. | 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun) |
| | 22 D.C. Code § 4504(a)(1) (Carrying a Pistol Without a License Outside Home or Place of Business) |
| | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) (Unlawful Possession with Intent to Distribute a Mixture Containing a Detectable Amount of Marijuana) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense) |
| | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a) and (p), and 28 U.S.C. § 2461(c) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 19, 2023, within the District of Columbia, **TRAVIS FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2019 CF3 009155, did

unlawfully and knowingly receive and possess a firearm, that is, a Romarm/Cugir Micro Draco 7.62x39mm semi-automatic handgun with serial number PMD-21758-20 ROA, and did unlawfully and knowingly receive and possess ammunition, that is, 7.62x39 mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 19, 2023, within the District of Columbia, **MARQUELL JONES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2016 CF3 005456, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 .40 caliber semi-automatic handgun with serial number CLA001US, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about October 19, 2023, within the District of Columbia, **MARQUELL JONES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2016 CF3 005456, did unlawfully and knowingly receive and possess a firearm, that is, a Romarm/Cugir Micro Draco 7.62x39mm semi-automatic handgun with serial number ROA 22 PMD-28270, and did unlawfully and knowingly receive and possess ammunition, that is, 7.62x39 mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT FOUR

On or about October 19, 2023, within the District of Columbia, **REGINALD MONROE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2021 CF2 006940, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 32 .357 caliber semi-automatic handgun with serial number BEFN626 that is equipped with a machinegun conversion device, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT FIVE

On or about October 19, 2023, within the District of Columbia, **REGINALD MONROE**, did knowingly possess a machinegun, that is, a Glock 32 .357 caliber semi-automatic handgun with serial number BEFN626 that is equipped with a machinegun conversion device intended for use in converting a semiautomatic Glock-type pistol to fire automatically.

**(Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

### COUNT SIX

On or about October 19, 2023, within the District of Columbia, **REGINALD MONROE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2021 CF2 006940, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 Gen. 5, .40

caliber semi-automatic handgun with serial number BUSP717 that is equipped with a machinegun conversion device, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SEVEN

On or about October 19, 2023, within the District of Columbia, **REGINALD MONROE**, did knowingly possess a machinegun, that is, a Glock 23 Gen. 5, .40 caliber automatic handgun with serial number BUSP717 that is equipped with a machinegun conversion device intended for use in converting a semiautomatic Glock-type pistol to fire automatically.

**(Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

### COUNT EIGHT

On or about October 19, 2023, within the District of Columbia, **DEANGELO WADE**, did carry, openly and concealed on or about his person in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, that is, a Glock 23 .40 caliber semi-automatic handgun with serial number BXDL212, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

### COUNT NINE

On or about March 23, 2024, within the District of Columbia, **TRAVIS FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2019 CF3 009155, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 33 .357 caliber semi-

automatic pistol with serial number CFR516US, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TEN

On or about April 23, 2024, within the District of Columbia, **TRAVIS FOSTER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2019 CF3 009155, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23 .40 caliber semi-automatic pistol with serial number WPS934, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT ELEVEN

On or about April 23, 2024, within the District of Columbia, **TRAVIS FOSTER**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture Containing Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT TWELVE

On or about April 23, 2024, within the District of Columbia, **TRAVIS FOSTER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Ten of this Indictment which is incorporated herein, a firearm, that is, a Glock 23 .40 caliber semi-automatic handgun with serial number WPS934.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One, Two, Three, Four, and/or Five of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Romarm/Cugir Micro Draco 7.62x39mm semi-automatic handgun with serial number PMD-21758-20 ROA and 7.62x39mm ammunition, a Glock 23 .40 caliber semi-automatic handgun with serial number CLA001US and .40 caliber ammunition, a Romarm/Cugir Micro Draco 7.62x39mm semi-automatic handgun with serial number ROA 22 PMD-28270 and 7.62x39mm ammunition, a Glock 32 .357 caliber semi-automatic handgun with serial number BEFN626 and .357 caliber ammunition, a Glock 23 Gen. 5, .40 caliber semi-automatic handgun with serial number BUSP717 and .40 caliber ammunition, a Glock 23 .40 caliber semi-automatic handgun with serial number BXDL212 and .40 caliber ammunition, a Glock 33 .357 caliber semi-automatic pistol with serial number CFR516US and .357 caliber ammunition, and a Glock 23 .40 caliber semi-automatic pistol with serial number WPS934 and .40 caliber ammunition, marijuana, and a money counter.

2.     Upon conviction of either of the offenses alleged in Counts One, Two, Three, Four, and/or Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

Jeanine Ferris Pirro
United States Attorney

By: _____
    GAURI GOPAL
    Chief, Federal Major Crimes

A TRUE BILL:


FOREPERSON.

8