UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUELL JONES,<br><br>Defendant. | Case No. 1:24-cr-00150-LLA |

# STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

## I. Summary of the Plea Agreement

Defendant Marquell Jones agrees to admit guilt and enter a plea of guilty to the following: Count ~~Eight~~ TWO M.J 7/23/26 BAH 7/23/26 of the Indictment charging him Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation 18 U.S.C. § 922(g)(1).

## II. Penalties

M.J 7/23/26 BAH 7/23/26

The penalties for Count ~~Three,~~ TWO Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), are:

(A) a term of imprisonment not more than 15 years;

(B) a fine not to exceed $250,500;

(C) a term of supervised release of not more than three years; and

(D) a special assessment of $100.

United States Sentencing Guideline §5E1.2 permits the Court to impose an additional fine to pay the costs of imprisonment and any term of supervised released and/or probation.

## III. Elements of the Offense

To prove that the defendant is guilty of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), the government must prove the following beyond a reasonable doubt:

1. That the defendant possessed a firearm;
2. That he did so voluntarily and on purpose, and not by mistake or accident, with knowledge that the item he possessed was a firearm;
3. That the firearm had been shipped or transported from one state to another (the District of Columbia is considered a state for this purpose);
4. At the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of term exceeding one year and had knowledge of that fact.

## IV. Proffer of Evidence

The following proffer of evidence is not intended to constitute a complete statement of all facts known by the government. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

Had this case proceeded to trial, the government's evidence would have established the following beyond a reasonable doubt.

On October 19, 2023, the defendant, Marquell Jones unlawfully possessed a Glock 23 .40 caliber semi-automatic pistol with serial number CLA001US. Specifically, on October 19, 2023, the defendant and several associates drove to a parking garage located in the 2100 block of 8th Street NW in a black Audi Q7 and a black Chrysler 300. Defendant Jones and his associates

parked the vehicles and then left the parking garage. Law enforcement subsequently located and searched both vehicles. In a backpack in the rear of the Chrysler 300 police recovered a Glock 23 .40 caliber semi-automatic pistol with serial number CLA001US, loaded with 1 round in the chamber and 11 rounds in a magazine with a 22-round capacity. Forensic examiners at the FBI's Quantico Laboratory developed DNA profiles from the swabs recovered from the firearm and defendant Jones. With respect to the Glock 23 firearm Glock 23 .40 caliber pistol with serial number CLA001US, the DNA results were 7.7 octillion times more likely if defendant Jones and an unknown, unrelated person are contributors than if two unknown, unrelated people are contributors.

Defendant Jones knowingly and voluntarily possessed this firearm and ammunition on October 19, 2023. Additionally, there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Defendant Jones has prior criminal convictions for crimes punishable by a term of incarceration greater than one year. Specifically, Defendant ~~Joens~~ Jones knew that he had had the following convictions: (1) in D.C. Superior Court case number 2016 CF3 005456 (Robbery while Armed)~~; and (2) in Circuit Court for Prince George's County case number C-16-CR-24-002570 (Loaded Handgun on Person)~~.

Respectfully submitted,

/s/ *Benjamin Helfand*
Benjamin Helfand
Assistant United States Attorney

**DEFENDANT'S ACCEPTANCE**

I have read the foregoing statement of offense, and I have discussed it fully with my attorney, Jerry Smith. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7/23/26

Marquell Jones
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read every page constituting the government's statement of offense related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 7/23/26

Jerry Smith, Esq.
Attorney for Defendant